Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul C Breitenbach
Patricia M. Breitenbach**
   Debtor(s)

Bankruptcy Case No.: 13–22671–TPA
Related to Docket No. 54
Chapter: 13
Docket No.: 55 – 54
Concil. Conf.: October 20, 2016 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **October 3, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 13, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 20, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 19, 2016

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22671-TPA
Paul C Breitenbach                                                      Chapter 13
Patricia M. Breitenbach
          Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-2             User: lmar                     Page 1 of 3                Date Rcvd: Aug 19, 2016
                                 Form ID: 213                   Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db/jdb         +Paul C Breitenbach,    Patricia M. Breitenbach,    5032 Sunnyslope Dive,
                 Gibsonia, PA 15044-7757
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13662553      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
13662558       +CBCS,   PO Box 163006,    Columbus, OH 43216-3006
13662556       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13687345        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13710207        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13662559       +Children's Community Pediatrics,    11279 Perry Hwy, Suite 450,    Wexford, PA 15090-9394
13662561       +Citibank/ Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
14156257       +Hampton Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, PA 15642-7539
14156256       +Hampton Township School District (Hampton Township,    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13662566       +Hayt, Hayt & Landau, LLC,    Meridian Center I,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13662570       +MedExpress,    4655 William Flynn, Suite 110,    Allison Park, PA 15101-2248
13662571       +Medicrdt NC,    13730 South Point Suite B,    Charlotte, NC 28273-7715
13662572       +Minuteclinic Diagnostic of Pennsylvania,    PO Box 329,    Woonsocket, RI 02895-0781
13662573       +Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
13735046      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619090,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067,    Attn: Bankruptcy Dept.)
13662574       +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13662575       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13662576       +Pittsburgh Gynob Inc.,    3402 Route 8,    Allison Park, PA 15101-3801
13662579       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
13662580       +Somerset Hospital,    Cashier,    225 South Center Avenue,    Somerset, PA 15501-2033
13662581       +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13703876       +Township of Hampton/Hampton Township SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13662582       +Transworld Systems Inc.,    PO Box 12103,    Trenton, NJ 08650-2103
13662584        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13712662       +Wells Fargo Bank, National Association et al,    c/o Selene Finance,    P.O. Box 71243,
                 Philadelphia, PA 19176-6243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2016 01:29:22
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13662551       +E-mail/Text: legal@arsnational.com Aug 20 2016 01:17:21     ARS National Services, Inc.,
                 PO Box 463023,    Escondido, CA 92046-3023
13662550       +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 20 2016 01:17:04     Alliance One,
                 4850 Street Rd., Suite 300,    Trevose, PA 19053-6643
13715602       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2016 01:17:41     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13662552       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2016 01:17:41     Assett Acceptance,
                 PO Box 1630,    Warren, MI 48090-1630
13732996       +E-mail/Text: bncmail@w-legal.com Aug 20 2016 01:17:59     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13662563       +E-mail/Text: ccusa@ccuhome.com Aug 20 2016 01:17:02     CR Coll/USA,
                 16 distributor Dr., Suite 1,    Morgantown, WV 26501-7209
13662554       +E-mail/Text: ebn@squaretwofinancial.com Aug 20 2016 01:18:16     Cach, LLC,
                 4340 S. Monaco St., Unit 2,    Denver, CO 80237-3581
13662555       +E-mail/Text: bankruptcy@usecapital.com Aug 20 2016 01:18:37     Capital Accounts,
                 PO Box 140065,    Nashville, TN 37214-0065
13662562       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 20 2016 01:17:50     Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13662564        E-mail/Text: bknotice@erccollections.com Aug 20 2016 01:17:54
                 Enhanced Recovery Company, LLC,    8014 Baybery Road,    Jacksonville, FL  32256-7412
13662565       +E-mail/Text: data_processing@fin-rec.com Aug 20 2016 01:17:18
                 Financial Recovery Services, Inc.,    Dept. 813,    PO Box 4115,    Concord, CA 94524-4115
13705514        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2016 01:18:07     DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13662567       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 20 2016 01:17:12     Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
13662568       +E-mail/Text: bankruptcy@affglo.com Aug 20 2016 01:17:48     Leading Edge Recovery Solutions,
                 5440 N Cumberland Ave, Ste 300,    Chicago, IL 60656-1486

```
District/off: 0315-2           User: lmar                  Page 2 of 3                   Date Rcvd: Aug 19, 2016
                               Form ID: 213                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13662569      +E-mail/Text: BankruptcyNotice@upmc.edu Aug 20 2016 01:18:22     Magee Womens Hospital of UPMC,
               Quantum I Building/Third Floor,    Dist. Room #386,    2 Hot Metal Street,
               Pittsburgh, PA 15203-2348
13716193       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:27:35
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13662578      +E-mail/Text: bk@rgsfinancial.com Aug 20 2016 01:17:04     RGS Financial,    PO Box 852039,
               Richardson, TX 75085-2039
13670796       E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2016 01:28:34
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13662583      +E-mail/Text: BankruptcyNotice@upmc.edu Aug 20 2016 01:18:22     UPMC Passavant,
               Quantum I Building/Third Floor,    Distribution Room #386,    2 Hot Metal Street,
               Pittsburgh, PA 15203-2348
13662585      +E-mail/Text: bankrupt-adjdept@wesbanco.com Aug 20 2016 01:18:13     Wesbanco,    1 Bank Plaza,
               Wheeling, WV 26003-3565
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Hampton Township School District
cr             NATIONSTAR MORTGAGE, LLC
cr             Township of Hampton
cr             Wells Fargo Bank, National Association, not in its
13662557*     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
13662560*     +Children's Community Pediatrics,    11279 Perry Hwy., Suite 450,    Wexford, PA 15090-9394
13662577     ##+Quest Diagnostics,   PO Box 71313,    Philadelphia, PA 19176-1313
                                                                                    TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Debtor Paul C Breitenbach apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Patricia M. Breitenbach apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, National Association, not in
               its individual or banking capacity, but solely as trustee for SRMOF II 2011-1 Trust c/o Selene
               Finance debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Hampton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Hampton Township School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2          User: lmar                 Page 3 of 3           Date Rcvd: Aug 19, 2016
                              Form ID: 213               Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 10