Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Paul C Breitenbach** | : | Case No. 13−22671−TPA |
| **Patricia M. Breitenbach** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Dkt. No. 54 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **12th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22671-TPA
Paul C Breitenbach                                                     Chapter 13
Patricia M. Breitenbach
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                 Page 1 of 3                  Date Rcvd: Oct 12, 2016
                              Form ID: 309               Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
```
db/jdb         +Paul C Breitenbach,    Patricia M. Breitenbach,    5032 Sunnyslope Dive,
                 Gibsonia, PA 15044-7757
aty            +vde13,    Office of the Chapter 13 Trustee,     Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,     2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,     225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13662558       +CBCS,    PO Box 163006,    Columbus, OH 43216-3006
13662559       +Children’s Community Pediatrics,    11279 Perry Hwy, Suite 450,     Wexford, PA 15090-9394
14156257       +Hampton Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, PA 15642-7539
14156256       +Hampton Township School District (Hampton Township,     Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13662566       +Hayt, Hayt & Landau, LLC,    Meridian Center I,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13662570       +MedExpress,    4655 William Flynn, Suite 110,    Allison Park, PA 15101-2248
13662571       +Medicrdt NC,    13730 South Point Suite B,    Charlotte, NC 28273-7715
13662572       +Minuteclinic Diagnostic of Pennsylvania,    PO Box 329,    Woonsocket, RI 02895-0781
13662573       +Monarch Recovery Management, Inc.,    10965 Decatur Road,     Philadelphia, PA 19154-3210
13735046      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067,    Attn: Bankruptcy Dept.)
13662574       +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13662575       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
13662576       +Pittsburgh Gynob Inc.,    3402 Route 8,    Allison Park, PA 15101-3801
13662579       +Selene Finance,    PO Box 71243,    Philadelphia, PA 19176-6243
13662580       +Somerset Hospital,    Cashier,    225 South Center Avenue,    Somerset, PA 15501-2033
13662581       +State Collection Service, Inc.,    2509 S. Stoughton Rd.,     Madison, WI 53716-3314
13703876       +Township of Hampton/Hampton Township SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13662582       +Transworld Systems Inc.,    PO Box 12103,    Trenton, NJ 08650-2103
13662584        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13712662       +Wells Fargo Bank, National Association et al,    c/o Selene Finance,     P.O. Box 71243,
                 Philadelphia, PA 19176-6243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Oct 13 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13662551       +EDI: ARSN.COM Oct 13 2016 02:03:00      ARS National Services, Inc.,    PO Box 463023,
                 Escondido, CA 92046-3023
13662550       +EDI: ALLIANCEONE.COM Oct 13 2016 02:03:00      Alliance One,    4850 Street Rd., Suite 300,
                 Trevose, PA 19053-6643
13715602       +EDI: ACCE.COM Oct 13 2016 02:03:00      Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
13662552       +EDI: ACCE.COM Oct 13 2016 02:03:00      Assett Acceptance,    PO Box 1630,
                 Warren, MI 48090-1630
13662553        EDI: BANKAMER.COM Oct 13 2016 02:03:00      Bank of America,    PO Box 982238,
                 El Paso, TX  79998-2238
13732996       +E-mail/Text: bncmail@w-legal.com Oct 13 2016 02:31:07      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13662563       +EDI: CCUSA.COM Oct 13 2016 02:03:00      CR Coll/USA,    16 distributor Dr., Suite 1,
                 Morgantown, WV 26501-7209
13662554       +EDI: STFC.COM Oct 13 2016 02:04:00      Cach, LLC,    4340 S. Monaco St., Unit 2,
                 Denver, CO 80237-3581
13662555       +E-mail/Text: bankruptcy@usecapital.com Oct 13 2016 02:32:01       Capital Accounts,
                 PO Box 140065,    Nashville, TN 37214-0065
13662556       +EDI: CAPITALONE.COM Oct 13 2016 02:03:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13687345        EDI: CAPITALONE.COM Oct 13 2016 02:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13710207        EDI: BL-BECKET.COM Oct 13 2016 02:03:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13662561        EDI: SEARS.COM Oct 13 2016 02:03:00      Citibank/ Sears,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
13662562       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 13 2016 02:31:00       Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13662564        E-mail/Text: bknotice@erccollections.com Oct 13 2016 02:31:00
                 Enhanced Recovery Company, LLC,    8014 Baybery Road,    Jacksonville, FL  32256-7412
13662565       +E-mail/Text: data_processing@fin-rec.com Oct 13 2016 02:29:49
                 Financial Recovery Services, Inc.,    Dept. 813,    PO Box 4115,    Concord, CA 94524-4115
13705514        EDI: JEFFERSONCAP.COM Oct 13 2016 02:04:00      DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13662567       +EDI: CBSKOHLS.COM Oct 13 2016 02:03:00      Kohl’s,    PO Box 3043,    Milwaukee, WI 53201-3043
```

```
District/off: 0315-2          User: jhel              Page 2 of 3                   Date Rcvd: Oct 12, 2016
                              Form ID: 309            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13662568       +EDI: LEADINGEDGE.COM Oct 13 2016 02:04:00      Leading Edge Recovery Solutions,
                 5440 N Cumberland Ave, Ste 300,   Chicago, IL 60656-1486
13662569       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 13 2016 02:31:36      Magee Womens Hospital of UPMC,
                 Quantum I Building/Third Floor,   Dist. Room #386,   2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13716193        EDI: PRA.COM Oct 13 2016 02:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13662578       +E-mail/Text: bk@rgsfinancial.com Oct 13 2016 02:29:36      RGS Financial,   PO Box 852039,
                 Richardson, TX 75085-2039
13670796        EDI: RECOVERYCORP.COM Oct 13 2016 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13662583       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 13 2016 02:31:36      UPMC Passavant,
                 Quantum I Building/Third Floor,   Distribution Room #386,   2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13662585       +E-mail/Text: bankrupt-adjdept@wesbanco.com Oct 13 2016 02:31:22      Wesbanco,   1 Bank Plaza,
                 Wheeling, WV 26003-3565
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hampton Township School District
cr              NATIONSTAR MORTGAGE, LLC
cr              Township of Hampton
cr              Wells Fargo Bank, National Association, not in its
13662557*      +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
13662560*      +Children's Community Pediatrics,    11279 Perry Hwy., Suite 450,   Wexford, PA 15090-9394
13662577     ##+Quest Diagnostics,    PO Box 71313,   Philadelphia, PA 19176-1313
                                                                                         TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Debtor Paul C Breitenbach apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Patricia M. Breitenbach apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, National Association, not in
               its individual or banking capacity, but solely as trustee for SRMOF II 2011-1 Trust c/o Selene
               Finance debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Hampton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Hampton Township School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

Case 13-22671-TPA    Doc 60    Filed 10/14/16    Entered 10/15/16 01:15:41    Desc Imaged
                         Certificate of Notice    Page 4 of 4

```
District/off: 0315-2          User: jhel                 Page 3 of 3                  Date Rcvd: Oct 12, 2016
                              Form ID: 309               Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                     TOTAL: 10