**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAUL C BREITENBACH
PATRICIA M. BREITENBACH
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:13-22671 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/24/2013 and confirmed on 09/12/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 88,731.79 |
| Less Refunds to Debtor | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 88,731.79 |
| | | | |
| Administrative Fees | | | |
|   Filing Fee | 0.00 | | |
|   Notice Fee | 0.00 | | |
|   Attorney Fee | 2,981.00 | | |
|   Trustee Fee | 3,303.87 | | |
|   Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 6,284.87 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 60,677.05 | 0.00 | 60,677.05 |
|     Acct: XXXXXXXXX7-13 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 13,447.00 | 0.00 | 13,447.00 |
|     Acct: 0617 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 18,994.39 | 7,505.11 | 0.00 | 7,505.11 |
|     Acct: XXXXXXXXX6-13 | | | | |
|   WELLS FARGO BANK NA | 2,056.97 | 812.76 | 0.00 | 812.76 |
|     Acct: 0617 | | | | |
| | | | | 82,441.92 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ | 2,981.00 | 2,981.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL C BREITENBACH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAMPTON TOWNSHIP SD & HAMPTON TW | 1,340.99 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXX0-11 | | | | |

| 13-22671 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | HAMPTON TOWNSHIP SD (HAMPTON) (EIT | 196.19 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX5;12 | | | | |
| | HAMPTON TOWNSHIP (EIT) | 196.23 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX5;12 | | | | |
| | NATIONSTAR MORTGAGE LLC* | 825.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5061 | | | | |
| | | | | | 5.00 |
| Unsecured | | | | | |
| | CERASTES LLC | 1,561.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 4941 | | | | |
| | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X2309 | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX9954 | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX9816 | | | | |
| | CACH LLC/CACV/COLLECT AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX8793 | | | | |
| | CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7377 | | | | |
| | CAPITAL ONE BANK NA** | 2,374.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 2003 | | | | |
| | CAPITAL ONE BANK NA** | 9,521.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 8735 | | | | |
| | CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX5474 | | | | |
| | CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX1282 | | | | |
| | CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX3368 | | | | |
| | CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX0539 | | | | |
| | CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX3408 | | | | |
| | CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX2287 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 6,946.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 7853 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X8752 | | | | |
| | FINANCIAL RECOVERY SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1734 | | | | |
| | FINANCIAL RECOVERY SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9544 | | | | |
| | HAYT HAYT AND LANDAU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX01XJ | | | | |
| | CAPITAL ONE NA** | 1,117.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 2919 | | | | |
| | ASSET ACCEPTANCE LLC ASSIGNEE CITIE | 570.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 1841 | | | | |
| | MAGEE WOMENS HOSPITAL OF UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX2290 | | | | |
| | MEDEXPRESS URGENT CARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MEDICREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 991 | | | | |
| | MINUTE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX1644 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8735 | | | | |
| PITTSBURGH GYNOB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X4456 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX3110 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8133 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX7927 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX4641 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8133 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX3110 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9380 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9380 | | | | |
| UPMC PASSAVANT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX2241 | | | | |
| UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1694 | | | | |
| WESBANCO BANK INC(*) | 4,011.94 | 0.00 | 0.00 | 0.00 |
| Acct: 1779 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,031.41 | 0.00 | 0.00 | 0.00 |
| Acct: 3116 | | | | |
| PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARS NATIONAL SERVICE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX9562 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XZ1W7 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8049 | | | | |
| MONARCH RECOVERY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX2616 | | | | |
| RGS FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX1678 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0801 | | | | |
| TRANSWORLD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX5923 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                       82,446.92

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,558.41 |
| SECURED | 21,051.36 |
| UNSECURED | 27.135.42 |

Date: 11/02/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com